**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 446 MAL 2021

           Respondent         :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the Superior Court

           v.                     :

                                 :

TYRE JAMES BEY,                 :

                                 :

           Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.